**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 2:15-CR-00179 KJM |
| **JOHN STEVEN KEPLINGER** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testicandum

Name of Detainee: John Steven Keplinger

Detained at: San Joaquin County Jail

Detainee is: a.) ☒ charged in this district by: ☐ Indictment ☒ Information ☐ Complaint
charging detainee with: 18 U.S.C. § 1341 (Mail Fraud)

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings

or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Christopher S. Hales |
| Printed Name & Phone No: | Christopher S. Hales, (916) 554-2700 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testicandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be
had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 08/24/15

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female |
| Booking or CDC #: | 15-02118 | DOB: --/--/1959 |
| Facility Address: | 999 West Mathews Road, French Camp, CA | Race: |
| Facility Phone: | | FBI#: |
| Currently | | |

## RETURN OF SERVICE

Executed on:

(signature)