BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-CR-00179-KJM |
|---|---|
| Plaintiff, | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| v. | |
| JOHN STEVEN KEPLINGER, aka Steven John Keplinger | |
| Defendant. | |

On September 23, 2015, defendant John Steven Keplinger entered a guilty plea to Count Four of the Information, which charges him with Mail Fraud in violation of 18 U.S.C. § 1341.

As part of his plea agreement with the United States, defendant John Steven Keplinger agreed to forfeit voluntarily and immediately $100,000.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 1341, to which he has pled guilty. See Defendant Keplinger's Plea Agreement ¶ II.F. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant John Steven Keplinger in the amount of $100,000.00.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant John Steven Keplinger's conviction for violating 18 U.S.C. § 1341 (Count Four). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. An initial payment of $25,000.00 is due within six months from signing the Plea Agreement. The remaining $75,000.00 shall be paid in $500.00 monthly payments due by the 5th of each month starting one month after the defendant secures employment, and continuing while the defendant is employed until paid in full. For the purposes of this provision, employment includes self-employment for which the defendant receives payment. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control. Any funds paid to victims through restoration or remission shall be credited to the defendant's restitution obligation.

Dated: 11/12/15

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

///
///
///
///
///
///

2

Application and Order for Money Judgment

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant John Steven Keplinger in the amount of $100,000.00.  Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn:  Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  An initial payment of $25,000.00 is due within six months from signing the Plea Agreement.  The remaining $75,000.00 shall be paid in $500.00 monthly payments due by the 5th of each month starting one month after the defendant secures employment, and continuing while the defendant is employed until paid in full.  For the purposes of this provision, employment includes self-employment for which the defendant receives payment.

Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.  Any funds paid to victims through restoration or remission shall be credited to the defendant's restitution obligation.

IT IS SO ORDERED.

DATED:  November 24, 2015.

_____
UNITED STATES DISTRICT JUDGE