

**FILED**

MAY 2 6 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-179 KJM |
| Plaintiff, | [PROPOSED] ORDER GRANTING REQUEST TO SEAL |
| v. | |
| JOHN STEVEN KEPLINGER, | |
| Defendant. | |

On May 24, 2016, the defense filed a request to file under seal Document 36 and its attachment 36-1 to the Supplement to Defendant's Objection to Probation's Restitution Calculation. For the reason set forth in the request, the request is GRANTED. Document 36 and its attachment 36-1, will be filed under seal with the Court.

DATED: May __26__, 2016

_____
HON. KIMBERLY J. MUELLER
United States District Court Judge

Order Granting Request to Seal