PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00179 KJM |
|---|---|
| Plaintiff, | ORDER AMENDING RESTITUTION PORTION OF JUDGMENT PURSUANT TO RULE 36 |
| v. | |
| JOHN STEVEN KEPLINGER, | |
| Defendants. | COURT: Hon. Kimberly J. Mueller |

The Court has reviewed the parties' joint stipulated request to amend the restitution portion of the judgment in this case pursuant to Federal Rule of Criminal Procedure 36, to add one victim whose $749 restitution claim was inadvertently omitted from the final restitution order as a result of oversight or omission.  See Fed. R. Crim. P. 36.  In light of the parties' stipulated request and the attached documents, IT IS HEREBY ORDERED as follows:

1. The restitution portion of the judgment shall be amended to add $749 in restitution for victim Debra Fallon.
2. With this $749 added, the total amount of restitution owed shall be amended to $403,120.59.
3. The government is directed to provide a copy of the restitution table revised accordingly, complete with address information for the victims, to the United States Probation Office for provision to the Clerk's Office, to facilitate processing of the revised restitution amount.

///

ORDER

1

1    IT IS SO ORDERED this 7th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

ORDER 2