1  PHILLIP A. TALBERT
   United States Attorney
2  CHRISTOPHER S. HALES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | CASE NO. 2:15-CR-00179 KJM
   |                                      |
12 |                 Plaintiff,           | ORDER ELIMINATING NEWLY DISCOVERED
   |                                      | DUPLICATE ENTRY IN RESTITUTION ORDER
13 |        v.                            | PURSUANT TO RULE 36
   |                                      |
14 | JOHN STEVEN KEPLINGER,               |
   |                                      |
15 |                 Defendant.           | COURT: Hon. Kimberly J. Mueller

16

17      The Court has reviewed the parties' joint stipulated request to amend the restitution portion of

18 the First Amended Judgment in this case pursuant to Federal Rule of Criminal Procedure 36, to

19 eliminate a newly discovered duplicate entry in the name of "Junior Nayven" at line 190 of that

20 restitution order. See Fed. R. Crim. P. 36; ECF 44 at p. 11, line 190. This person has been determined

21 to be the same as Phuong Nguyen, listed at line 195, the duplicate entry having resulted from a

22 misreading of handwriting on submitted victim documents. See ECF 44 at p. 11, line 195. In light of

23 the parties' stipulated request, IT IS HEREBY ORDERED as follows:

24      1. The restitution portion of the judgment shall be amended to remove the entry for "Junior

25         Nayven" at line 190.

26      2. With that entry removed, the total amount of restitution owed shall be amended to

27         $402,415.59.

28 ///

ORDER                                           1

3. The government is directed to provide a copy of the accordingly revised restitution table to the United States Probation Office for provision to the Clerk's Office, to facilitate processing of the revised restitution amount.

IT IS SO ORDERED this 4th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE