MCGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STEVEN KEPLINGER,<br><br>Defendants. | CASE NO. 2:15-CR-00179 KJM<br><br>ORDER DIRECTING CLERK OF THE COURT TO ISSUE RESTITUTION PAYMENT WITH AMENDED NAME<br><br><br>COURT: Hon. Kimberly J. Mueller |

The Court has reviewed the government's request for an order directing the Clerk of the Court to issue a restitution payment to victim Ronald Baca in his correct name, and hereby orders as follows:

1. The Clerk of the Court shall issue the restitution amount indicated at Line 9 of the Second Amended Judgment (ECF 47 at 8) in the corrected name of Ronald Baca.

IT IS SO ORDERED this 31st day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER

1