McGREGOR W. SCOTT
United States Attorney
KURT A DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Kurt.Didier@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00179-KJM |
|---|---|
| Plaintiff, | **ORDER FOR ISSUANCE OF WRIT OF EXECUTION** |
| v. | *EX PARTE* **FILING** |
| JOHN STEVEN KEPLINGER, | |
| Defendant and Judgment Debtor. | |

Before the Court is the United States' *ex parte* Application for Writ of Execution for substantial non-exempt property belonging to or due to defendant and judgment debtor John Steven Keplinger. After reviewing the Application and the court files, the Court finds that the Application meets the requirements of 18 U.S.C. § 3613(a) and 28 U.S.C. §§ 3202 and 3203, and hereby GRANTS the Application. Accordingly, the Court ORDERS as follows:

1.  The Clerk of Court shall issue the Writ of Execution and the Clerk's Notice and provide them to the United States. The Clerk must maintain the Application, this Order and the Writ, and not make them publicly available until the United States certifies that service of process is complete, at which time the Clerk shall lift the *ex parte* restriction so that all *ex parte* filings related to this matter are accessible in the same manner as other public documents.

WRIT OF EXECUTION ORDER                                                   1

2. In executing this Writ, the United States Marshals Service (USMS) may use reasonable force, if necessary, in order to take possession of the residence located at 502 Church Street, Murphys, California, 95247 (APN 068-016-010-000), and its contents (the Subject Property).

3. The USMS may contract with third parties as needed to inventory, appraise, store and maintain the Subject Property's contents, and to sell the contents in a commercially reasonable manner no sooner than 30 days after the date of levy for personal property, and to list, market and sell the Subject Property no sooner than 90 days after the date of levy for real property.

4. In accordance with 28 U.S.C. § 3203(h)(1), the USMS shall deduct its costs, fees, and expenses from the sale proceeds of the levied Subject Property and thereafter deliver the net proceeds to the Clerk of Court for application to the judgment entered in this case. If there are excess proceeds remaining after the unpaid judgment is satisfied, the remainder, up to the amount of $31,364.84, shall be paid to the United States Department of Justice as a litigation surcharge authorized by 28 U.S.C. § 3011(a).

5. The levy and deposit of net sale proceeds shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs, expenses, interest, and litigation surcharge.

IT IS SO ORDERED.

DATED: July 17, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE