IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOHN STEVEN KEPLINGER,<br><br>　　　　Defendant and Judgment Debtor. | CASE NO. 2:15-CR-00179-KJM<br><br>**ORDER GRANTING THE UNITED STATES' APPLICATION FOR APPROVAL OF SALE OF PERSONAL AND REAL PROPERTY PURSUANT TO WRIT OF EXECUTION** |

    Before the Court is the United States' application for an order approving the sale of defendant John Steven Keplinger's (Keplinger) non-exempt interest in personal and real property levied upon by the United States pursuant to its writ of execution (the Application). The United States levied the writ of execution against Keplinger's partial ownership in a home located at 502 Church Street, Murphys, California, 95247, Assessor's Parcel Number 068-016-010-000 (the Murphys House), Dkt. 54, and now seeks an order approving the sale of the Murphys House and some of its contents so the net proceeds can be applied against Keplinger's unpaid restitution order.

    After reviewing the Application and the court files, and finding good cause therefrom, the Court hereby GRANTS the Application in its entirety. Accordingly, the Court ORDERS as follows:

/////

/////

1.	The sale of personal property located at the Murphys House is approved and the United States' realtor, Mark Pradenas, is directed to pay the $190 in personal property proceeds to the Clerk of the Court as specified below.

2.	The sale of the Murphys House to Albert Aly Kahn for the sales price of $386,051 and according to the sales terms stated in the United States' purchase agreement with Mr. Kahn is approved.

3.	The United States Marshals Service (the USMS) is directed to act on the United States' behalf in closing the pending sale and transferring title of the Murphys House to Mr. Kahn via a USMS quit claim deed, or whatever deed type the USMS determines is most appropriate under the circumstances. The USMS shall execute and deliver all documents necessary for the title transfer, and the funding and closing of escrow.

4.	The USMS, consistent with 28 U.S.C. § 3203(h) and customary real estate practice, shall coordinate with the escrow and title companies retained to handle this transaction to disperse the sales proceeds to pay the reasonable fees associated with escrow, including, real estate commissions of 6%, fees, title and escrow fees, and notary, document, and recording fees. The USMS shall coordinate with the escrow and title companies retained to handle this transaction to also pay for the reasonable expenses incurred in making the levy of execution, and keeping and maintaining the property, including property insurance, taxes, utilities, house and yard cleaning, internet service and security cameras. Claimants of these expenses shall timely submit their claims to the USMS and substantiate their claims to the USMS' satisfaction. The USMS shall further satisfy any public utility liens (*e.g.*, taxes, water, and sewer) as shown in the up-to-date preliminary title report. Collectively, these costs, expenses, and fees are referred to as the Section 3203(h) fees.

5.	Following payment of the Section 3203(h) fees, the USMS shall disburse 5/12 of the remaining sales proceeds as follows: to Jeffrey T. Barbour and Karen E. Skelton, trustees of the Barbour-Skelton Revocable Trust, 3/12, and to Sharon Skelton 2/12 (collectively, the Family Members). The USMS may disburse the Family Members' 5/12 share according to the payment instructions the Family Members present in escrow. The USMS shall disburse the remaining 7/12 of sales proceeds as follows: 65% to the Clerk of Court representing the United States' partial recovery of Keplinger's

restitution balance in this case and 35% to the SBA according to payment instructions it presents in escrow.

      6.      The USMS shall, in coordination with the escrow and title companies retained to handle this transaction, prepare an escrow settlement statement reflecting the payment disbursements referenced above.

      7.      All payments due to the Clerk of Court pursuant to this order shall be by check or money order payable to the Clerk of Court and mailed or delivered to the Clerk of Court, 501 I Street, Suite 4-200, Sacramento, CA 95814.  The payment instrument must state the case number (2:15-CR-00179-KJM).

      8.      The United States' $31,364.84 litigation surcharge request is granted.  The United States is authorized to enforce the litigation surcharge award against any of Keplinger's assets it identifies in the future once Keplinger's restitution order is fully paid.

IT IS SO ORDERED.

DATED:  November 29, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE